1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESSE FRANK OGELSBY,                         No.  2:18-cv-0113 KJN P

12                      Plaintiff,

13          v.                                      ORDER

14    DEPARTMENT OF CORRECTIONS, et
      al.,

15
                         Defendants.

16

17

18          Plaintiff has filed a motion for extension of time to file a second amended complaint.

19    Good cause appearing, IT IS HEREBY ORDERED that:

20          1.  Plaintiff's motion for an extension of time (ECF No. 14) is granted; and

21          2.  Plaintiff is granted thirty days from the date of this order in which to file a second

22    amended complaint.

23    Dated:  December 13, 2018

24

25                                                  _____
                                                    KENDALL J. NEWMAN
26                                                  UNITED STATES MAGISTRATE JUDGE

      ogle0113.36
27

28